IN THE SUPREME COURT OF TEXAS

 No. 09-0422

 IN RE FOREST OIL CORPORATION, ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES
 LIMITED AND STEADFAST INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed August 21, 2009, is
granted. All trial court proceedings, in Cause No. 07-CV-1211, styled
Forest Oil Corporation v. Drilling & Completion Services, Inc. and David
Law, in the 56th District Court of Galveston County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 27, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk